# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTY LYNN MARTIN,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL[1],<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:16-cv-1676 - JLT<br><br>ORDER SETTING A BRIEFING SCHEDULE ON COUNSEL'S MOTION FOR ATTORNEY FEES<br><br>(Doc. 24) |

Young Cho, counsel for Plaintiff Patty Lynn Martin, filed a motion for fees pursuant to 42 U.S.C. § 406(b) on July 11, 2019. (Doc. 24) At that time, Plaintiff was notified that she had fourteen days to file a response with the Court. (*Id.* at 2, 11) However, no filing deadlines were triggered for the Commissioner because the matter is not set for hearing. Accordingly, the Court **ORDERS**:

1. Any opposition to the motion, or a notice of non-opposition, **SHALL** be filed no later than **August 9, 2019**; and
2. Any brief in reply **SHALL** be filed no later than **August 16, 2019**.

IT IS SO ORDERED.

    Dated: **July 28, 2019**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] This action was originally brought against Carolyn W. Colvin in her capacity as then-Acting Commissioner. Andrew M. Saul, the newly appointed Commissioner, has been automatically substituted. *See* Fed. R. Civ. P. 25(d).