# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTY LYNN MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL[1],<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:16-cv-1676 - JLT<br><br>ORDER GRANTING THE COMMISSIONER AN EXTENSION OF TIME<br><br>(Doc. 26) |

The Commissioner filed a stipulation of the parties for an extension of thirty days to file a response to Plaintiff's request for attorney fees. (Doc. 26) The Commissioner asserts the extension is necessary due to counsel's "chronic health issues," family leave, and workload. (*Id.* at 1) Based upon the stipulation of the parties, the Court **ORDERS**:

    1.    Any opposition to the motion, or a notice of non-opposition, **SHALL** be filed no later than **September 9, 2019**[2]; and

///

///

///

---

[1] This action was originally brought against Carolyn W. Colvin in her capacity as then-Acting Commissioner. Andrew M. Saul, the newly appointed Commissioner, has been automatically substituted. *See* Fed. R. Civ. P. 25(d).

[2] If the Commissioner fails to file a response by this deadline, the request for fees will be evaluated without input from the Commissioner.

1

2. Any brief in reply **SHALL** be filed no later than **September 16, 2019**.

IT IS SO ORDERED.

    Dated:   **August 13, 2019**                        **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE